USA·v·Weston

Dear Judge Ruffe

11-2-2025

I know you may think and feel why do I keep writeing you and I maybe crazy but I'm not because I will not give up and I'm begging and pleaing to you for help rather you want to believe in me are not because I'm tied of people makeing me out some thing I'm not I'm not a monster nor a threat are mania I may not know how to write a letter to where I was teach to spell are talk are explain my self but at least I am showing how I was rasie why should I fake and hide to make believe I can't it just wouldn't be me so I'm not going to try and to inapress you like some people and I want you to know I'm a 66 year old woman and I can face and know what I've done but because years ago I was young and face with something I did not know are understand so I did and face what was going on and happen to me and I did and done my time and have and not got in trouble again and I tryed not to look back and I put my self in to a program and start takeing meds and seeing my doctor and going to church and volenteer working in a Cath School of where I have had my younger children and payed and place in Cath School and rasieing my children aways from my family who were my brothers and sisters of being abuse and molested all my life and I made a promise that my younger children would never ever know are find out who my family were are where I came from and how and what I wanted them to be to make it and to be come some one

I never got to be and now I fail and I broke that promise. So now I don't know how to be are live with my self because when I ran in to my sister I should had said no and remember what I went through with my family I should had kept it moving but I got weak and gave in because I thought by then got older maybe she change I mean this is my sister and look 30 to almost 40 years I'm back in trouble again, I mean look all this happen back in the 1980s every since then I have not gotten in to any trouble I was doing good I had a 5 bedroom house going to church donateing food, cloths, money, my children were going to Cath School going places and went to visit thy fathers family they grandmom and grandfather Aunts uncle doing things a normal family doing and then here comes my older daughter Jean McIntosh being jealous because I didnt raise her are thought I was treating her younger sisters and brothers better then her are if some one would say to Jean McIntosh that's your mom she would get up set and then bad things really start happening, but Judge Rolfe you dont have to believe me but I did not break in my daughter Jean N McIntosh Pierce Dungen basement I wasn't even there and my niece Beatrice W Weston wasn't never found in no Dungen basement nor no closet and I never beat my own niece Beatrice W Weston, PISSY Tunesia Williams are put any bruses are marks on my niece Beatrice W Weston and I will keep telling you the same story over and over again all I was, was just a payee and being a people pleaser and messing around with the wrong people and wrong family members just to pleace

3

and make them happy and being they fool and I never had are ever use any gun are BB gun and I was never found with one and I swear an my life I never shot Tamara Breeden are my niece with any BB gun Bullets I don't even know how to hold are use any gun and that girl name Elizabeth Salgado who lie and I feed Cloths and also put in Cath School with my Children and my niece Beatrice Weston told a lie also because I never ran up on Elizabeth Salgado with a gun are with any body else threating her saying if she tells I'm going to kill Elizabeth Salgado she's mad because she was jumping and beating on my niece Beatrice W Weston all in her head and breaking plates are sticks across Beatrice W Weston head the same with Tamara Breeden and her man and babys father Edwin Sanabra who are the ones who really is the ones that beat and jump and cut up marine lee across marine lee head face arms legs fingers with Edwin Sanabra pocket knife and Tamara Breeden is the one who cut her own man across his belly with a broken broom stick and that other cut came from Edwin Sanabra got one of his lungs cut out I never beat are mark up either one of these people are my niece Beatrice W Weston piggy-Tanessa Williams, this is all about me being lock up years ago and DHS was not suppost to have put my niece Beatrice W Weston in my care are custody so the marks and buses my niece Beatrice W Weston use to use to sue DHS when the troth is DHS came out to the house many times sat and talk with my niece Beatrice W Weston and also many times went out to the Cath School and even talk with Beatrice W Weston teachers and also talk with my niece Beatrice W Weston alone by her self and my niece mother my sister Vicky Weston

4

Came out to my house with the police to get her daughter Beatrice W Weston to go home with her mother my sister Vicky Weston and Beatrice W Weston told the police officers that she did not want to go with her mother Vicky Weston and call her mother those people and the police told my sister Vicky Weston to leave from in front of my door because her daughter Beatrice Weston did not want to go with her mother Vicky Weston and at that time Beatrice W Weston was 17 going on 18 and I was not out the state are in the year of 2009 and I'm pretty sure the police should have those police records on file some where in Mayfair so if I was so much abuseing Beatrice W Weston and her mother my sister Vicky Weston came with the police officers why didn't Beatrice W Weston just did not bust out the front door and ran to her own real blood mother my real blood sister Vicky Weston so what do that tells you Judge Rufle sounds like to me shes playing games with you and she Beatrice W Weston liked where she was at because if that was my mom out side the door with the police officers there is no way and no one would stop me from going to my mom no matter how so much I was scare now what needs to be done is give these people a lie detective test and my living niece Beatrice W Weston because I did not murder my best friend Maxine Lee when the truth is Edwin Sanabria and his woman Tamara Breeden both jump col and beat Maxine Lee up so bad that blood was all over Maxine Lee and that's why Maxine Lee got sick and amy wanted to drunk beer to fix Maxine Lee pain and Maxine Lee wouldn't want to

5

eat to much but take pain killers and my niece Beatrice Weston was the one who saw what both Edwin Sanabra and his woman Tamara Breeden did and done the same way Tamara Breeden and her man Edwin Sanabra both were there and witness my niece Beatrice W Weston kick beat and force that woman Donna S to take pills for saying that Donna S was calling Beatrice W Weston a black nigger and no I did not see are talk to any police officers because I was at a school aweying that school night thats why these people are covering up for each other and my niece Beatrice W Weston being scard like they were the best of friends and all stuck together to survive together to try and get away from me knowing I was they payee and the blame was going to fall on me, the same about that Dungen basement who belongs to my daughter Jean N McIntosh knowing I had no control over some one else home or house and I never live are rented are live in that drug dealer house seting me up to cover up the drugs and guns my older son Raymond lee Weston – AKA Eddie Weston the biggies drug dealer of Philadelphia and on feds probation but the real turth is those people went to Jean N McIntosh house to get they baby boy that was born 3-25-2009 i'n my daughter Jean N McIntosh bath tub Phila House in high rise in west Phila 7th floor apt 704 by my daughter Jean N McIntosh use and manipulated Tamara Breeden and her man Edwin Sanabra to have in Jean N McIntosh house and Jean N McIntosh made a tub of warm water and had a thing for the baby nose to clean out the baby mouth and nose and a cloths pin to hold and cut the babys birth cord so the baby won't bleed to death but I'm the one

6

that walk in and call the police and Tamara Breeden did what ever my daughter Jean N McIntosh told Tamara Breeden to do because when the police came they take Tamara Breeden out the bath tub and ask how Tamara Breeden was feeling and Tamara Breeden said fine and she said Tamara Breeden wanted my daughter Jean N McIntosh to go with her to the hospital so I just left and come to find out my daughter Jean N McIntosh never left Tamara Breeden's side and stayed in the hospital room and the hospital feed Jean N McIntosh and also gave Jean N McIntosh a bed to stay and sleep on an Tamara Breeden sign and said her name was Jean N McIntosh and Tamara Breeden and Edwin Sanabra baby boy born 3-25-2009 birth name became Dashawn McIntosh and Tamara Breeden baby boy was not born under Breeden and unknown and that's why those people was ad Jean N McIntosh Dongen basement so I can get blame by being these people payee and said I kidnap them and my niece Beatrice W Weston played right along with it just to get DHS sue for money and this is why I keep writeing you and I'm not going to give up because I know I need help and no one won't hear me and Tamara Breeden and my niece Beatrice W Weston is useing me to make money off of me by makeing a book and life time movie and now on I D program station and like my grand mom always say it's always another side of a story and it's always good to hear it from the horse's mouth because everything you hear aint always true. So Judge Ruffe all I'm asking for is help because I'm not a monster are a murder are a child molester I never ever watch are ever touch either one of my 8 children

So once again I leave my life in your hands and I'm asking for mercy



Linda Weston
68897-066
Federal Medical Center, Carswell
PO Box 27137
Ft. Worth TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
3 NOV 2025 PM 6 L

#54

Legal Mail

◇68897-066◇
Federal Courthouse
- Attn: Cynthia M. RUFE
601 Market St- CR 12A
Philadelphia, PA 19105
United States    615 Chestnut St
Suite 1250
19106

U.S.M.S.
RECEIVED
NOV - 6 2025