UNITED STATES DISTRICT COURT
FOR THE _Pennsylvani_ DISTRICT OF _Eastern_

UNITED STATES OF AMERICA
Plaintiff

v.

_Linda Weston_
Defendant

_FMC Carswell_
Place of Confinement

_68897-066_
FEDERAL REGISTER NUMBER

_DPAE 2:13CR00025-001_
Criminal Case Number

Defendant's Motion for Reduction of Sentence pursuant
to 18 U.S.C. 3582(c)(2) and Amendment
821 to the Federal Sentencing Guidelilnes:

_____   Based on U.S.S.G. 4C.1 Adjustment for Zero-Point
          Offenders (for those assessed zero criminal history points
          at sentencing)

_____   Based on U.S.S.G. 4A1.1(d) & (e) Criminal History Category
          (For those who recieved "status" points for being under a
          criminal justice sentence at the time of the offense)

Defendant has reviewed the respective amendments from the
Sentencing Commission and believes the marked amendment(s) apply
to her.

Therefore, Defendant asks this Honorable Court to adjust her
sentence accordingly pursuant to 18 U.S.C. 3582(c)(2) and in
consideration of the amendment(s) marked above.

Executed on this date of : _12-21-2025_.

                              Respectfully Submitted;

                              _Linda Weston_
                              Defendant    Pro Se
                              Printed Name: _Linda Weston_
                              Reg.# _68897-066_
                              C/O FMC Carswell
                                  P.O. BOX 27137
                                  Fort Worth, Texas 76127

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this_____, 20____.

_Linda Weston_
Signature of Defendant

_Linda Weston_
Printed Name

_____
BOP No.

_FMC Cars Well_
Federal Correctional Institution (if applicable)

_P.O. Box 27137_
Address

_Forth Worth, Texas 76127_
City, State & Zip Code

possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

☐ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

_____Yes _____No ___✓___ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

_____ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

_____ Yes _____ No ___✓___ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

I went to a lot of programs
I go to Church
I'm in a mental program
I take meds I have my Ged
right now I'm in the Hospital
in a Wheel Chair an Some times needs
an Walker

1. Name and location of court that entered the sentence that you are asking to reduce:

_____

2. Date(s) of sentence and judgment of conviction:

_____

3. Are you currently in prison for this sentence?

    ____✔____Yes   _____No

4. If so, when is your projected date of release? ____N/A_____

5. Are you currently on supervised release?   _____Yes   ____✔____No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

    _____Yes   ____✔____No

7. Is your case currently on appeal? _____Yes   ____✔____No

8. Offense(s) for which you were convicted (all counts):

_____

_____

_____

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

    _____Yes   _____No   ____✔____Not Sure

9a. **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

    ☐ I received criminal history points from Chapter Four, Part A;

    ☐ I received an adjustment under § 3A1.4 (Terrorism);

    ☐ I used violence or credible threats of violence in connection with the offense;

    ☐ the offense resulted in death or serious bodily injury;

    ☐ the instant offense of conviction is a sex offense;

    ☐ I personally caused substantial financial hardship;

68837-066
Linnda Weston
27127 Carswell FMC
FORT Worth, TX 76127
United States

U.S.M.S.

⇔68837-066⇔
Federal Courthouse
Attn. Cynthia M. RUFE
601 Market St- CR. 12A
Philadelphia, PA 19105
United States

Legal mail

19106-171464

NORTH TEXAS. TX-P&DC
DALLAS TX 750
23 MAR 2026 PM 6  L

UNITED STATES
OF AMERICA
FOREVER/USA

RECEIVED

Hospice  26 2026

CLERK U... DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA