**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**LINDA WESTON** | **CRIMINAL ACTION NO. 13-25-01** |

**ORDER**

**AND NOW,** this 7th day of October 2026, upon consideration of Linda Weston's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines [Doc. No. 602], Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) [Doc. No. 604], and Motion for Appointment of Counsel [Doc. No. 624]; the government's responses [Doc. Nos. 609, 610]; all related filings; and the full record of the case; it is hereby **ORDERED** that:

1. The Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines [Doc. No. 602] is **DENIED**.
2. The Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) [Doc. No. 604] is **DENIED.**
3. The Motion for Appointment of Counsel [Doc. No. 624] is **DENIED.**

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**